**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gerald J. Boisvert                      CHAPTER 13
        Karen E. Boisvert ta Fifth Avenue
Jewelry - Independent Stylist               BKY. NO. 22-11859 AMC
         Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                        Respectfully submitted,

/s/ 
Denise Carlon
12 Feb 2025, 14:39:15, EST

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322