United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 22-11859-djb
Gerald J. Boisvert                                                        Chapter 13
Karen E. Boisvert
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 2
Date Rcvd: Mar 27, 2025                        Form ID: trc                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14867670 | + American Financial Network, Inc, 500 S Broad St Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor American Financial Network  Inc. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor American Financial Network  Inc. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARK M. MEDVESKY | on behalf of Joint Debtor Karen E. Boisvert mark@medveskylaw.com dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com |

District/off: 0313-2

Date Rcvd: Mar 27, 2025

MARK M. MEDVESKY

on behalf of Debtor Gerald J. Boisvert mark@medveskylaw.com
dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 22-11859-djb
Chapter 13

In re: Debtor(s) (including Name and Address)

Gerald J. Boisvert
31 Chancery Court
Souderton PA 18964

Karen E. Boisvert
31 Chancery Court
Souderton PA 18964

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/27/2025.

Name and Address of Alleged Transferor(s):

Claim No. 6: American Financial Network, Inc, 500 S Broad St Suite 100A, Meriden, Connecticut 06450

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
C/O LOANCARE, LLC
P.O. Box 8068
Virginia Beach, VA 23450

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/29/25

Tim McGrath

**CLERK OF THE COURT**