Certificate Number: 15317-PAE-DE-040650424

Bankruptcy Case Number: 22-11859



15317-PAE-DE-040650424

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2026, at 9:37 o'clock AM PST, Gerald J Boisvert completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 23, 2026          By:   /s/Charlie Lapada

Name:   Charlie Lapada

Title:   Credit Counselor